No. 819. CANADIAN RIVER GAS CO. *v.* HIGGINS, FORMERLY COLLECTOR OF INTERNAL REVENUE. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Arthur A. Ballantine* and *George E. Cleary* for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Hilbert P. Zarky* for respondent.

No. 822. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. *v.* DONOVAN, COLLECTOR OF TAXES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *G. K. Richardson* for petitioners. *William H. Kerr* for respondent.

No. 834. LA SOCIETE FRANCAISE DE BIENFAISANCE MUTUELLE *v.* UNITED STATES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Charles D. Hamel* for petitioner. *Solicitor General McGrath, Sewall Key* and *Robert N. Anderson* for the United States.

No. 841. PIERCE, TRUSTEE, *v.* KUNKEL ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Otis Harold Woodrow* for petitioner.

Nos. 823, 824 and 825. HUMMEL, TRUSTEE IN BANKRUPTCY, *v.* CARDWELL ET AL. March 25, 1946. Petition for writs of certiorari to the Supreme Court of Illinois denied. *Sidney H. Block* for petitioner. *Dwight S. Bobb*